# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
       PLAINTIFF,

vs.

CASE NO. 17-40079-01-04-DDC

BRANDON VALERIUS (01),
WILLIAM HANCOCK (02),
COLBIE CLAYTON (03),
TREASURE McCALL (04),
       DEFENDANTS.

## INDICTMENT

### COUNT 1
### CONTROLLED SUBSTANCE CONSPIRACY

Beginning on a date unknown to the Grand Jury but on or before June 1, 2017 and continuing to on or about August 4, 2017, in the District of Kansas and elsewhere, the defendants,

**BRANDON VALERIUS,**
**WILLIAM HANCOCK,**
**COLBIE CLAYTON, and**
**TREASURE McCALL**

combined, conspired, confederated, and agreed together with each other, and with other persons known and unknown to the Grand Jury to possess with the intent to

distribute and distribute 50 gram or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The amount involved in the conspiracy attributable to each defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is 50 grams or more of methamphetamine in violation of Title 21, United States Code, Section 841(b)(1)(A)

All in violation of Title 21, United States Code, Section 846 with reference to Title 18, United States Code, Section 2.

## COUNT 2
## POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

On or about August 4, 2017, in the District of Kansas, the defendants,

**BRANDON VALERIUS, and**
**TREASURE McCALL,**

knowingly and intentionally possessed with the intent to distribute more than 50 grams of Methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Section 841(a)(1) with reference to Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

### COUNT 3
### POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

On or about August 4, 2017, in the District of Kansas, the defendant,

**WILLIAM HANCOCK**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Section 841(a)(1) with reference to Title 21, United States Code, Section 841(b)(1)(C), and Title 18, United States Code, Section 2.

### COUNT 4
### POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

On or about August 4, 2017, in the District of Kansas, the defendant,

**COLBIE CLAYTON,**

knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Section 841(a)(1) with reference to Title 21, United States Code, Section 841(b)(1)(A), and Title 18, United States Code, Section 2.

**A TRUE BILL.**

August 23, 2017                              *s/Foreperson*
DATE                                         FOREPERSON OF THE GRAND JURY

  Skipper Jacobs #26848
for Thomas E. Beall, #19929
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
Thomas.beall@usdoj.gov

[It is requested that trial be held in Topeka, Kansas.]