# CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

## SENTENCING

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                      Case No:   17-40079-02-DDC

**WILLIAM HANCOCK (02),**

      Defendant.

**Atty for Govt: Skipper S. Jacobs**
**Atty for Deft: Kathleen A. Ambrosio**

| JUDGE: | Daniel D. Crabtree | DATE: | 5/14/2018, 5/31/2018 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Sherry Harris, Kim Greiner |
| INTERPRETER: | | PRETRIAL/PROBATION: | Corey Kirk, Diana Kerns |

☒ For Details of Sentence See Judgment and Commitment Order

☐ Restitution Ordered under 18:3663    $ _____ on count(s)
                                                                                                              $ _____ on count(s)

☐ **Total Restitution:**    $ _____

☐ Defendant Fined    $ _____ on count(s)
                                  $ _____ on count(s)

☐ **Total Fine:**    $ _____

☒ Defendant Assessed under 18:3013    $ 100.00 on count 1 of Indictment
                                                   $ _____ on count(s)
                                                   $ _____ on count(s)

☒ **Total Assessment:**    $ 100.00

☒ Count 3 of Indictment dismissed by the Court on the motion of the United States.
☒ Government ☒ Defendant - Advised of right to appeal
☐ Defendant to voluntarily surrender
☒ Defendant remanded to custody
☐ Stay of Execution ☐ Granted ☐ Denied
☒ Notes: (see below)

May 14, 2018
Doc. 74 – SEALED Motion – GRANTED as set forth in full on the record.  Government's oral motion as it relates to the Presentence Investigation Report – SUSTAINED as set forth in full on the record.  The court announces its tentative sentence.  The court continues the sentencing hearing to May 21, 2018 at 1:30 p.m. to allow time for the court to review video as it relates to the defendant's physical ability while controlled purchases took place.

<u>May 31, 2018</u>
The court directs government's counsel to submit an unencrypted version of the video previously submitted for the court's review to be made part of the record.  The defendant is sentenced to the custody of the Bureau of Prisons for a term of 24 months to be followed by 5 years of supervised release.  The court recommends the defendant be designated to a medical facility.